# EXHIBIT 2

Case: 1:17-op-45004-DAP   Doc #: 1-4 Filed: 11/27/17   2 of 70.   PageID #: 590

Print

# CASE INFORMATION

## CV-17-888099 THE COUNTY OF CUYAHOGA vs. PURDUE PHARMA, L.P., ET AL.

Docket Information

| Filing Date | Side | Type | Description | Image |
|---|---|---|---|---|
| 11/27/2017 | N/A | JE | MOTION OF DEFENDANTS CARDINAL HEALTH, INC. AND MCKESSON CORPORATION FOR EXTENSION OF TIME TO MOVE OR PLEAD, FILED 11/21/2017, IS GRANTED. DEFENDANTS CARDINAL HEALTH, INC. AND MCKESSON CORPORATION ARE GRANTED LEAVE UNTIL ON OR BEFORE 1/15/2018 TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT. MOTION FOR EXTENSION OF TIME FOR DEFENDANTS PERRY FINE, M.D., SCOTT FISHMAN, M.D. AND LYNN WEBSTER, M.D. TO RESPOND TO PLAINTIFF COUNTY OF CUYAHOGA'S COMPLAINT, FILED 11/27/2017, IS GRANTED. DEFENDANTS PERRY FINE, M.D., SCOTT FISHMAN, M.D. AND LYNN WEBSTER, M.D. ARE GRANTED LEAVE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT UNTIL ON OR BEFORE 1/18/2018. NOTICE ISSUED |  |
| 11/27/2017 | D | MO | MOTION FOR EXTENSION OF TIME CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS PERRY FINE, M.D., SCOTT FISHMAN, M.D. AND LYNN WEBSTER, M.D. TO RESPOND TO PLAINTIFF COUNTY OF CUYAHOGA'S COMPLAINT 11/27/2017 - GRANTED |  |
| 11/21/2017 | D19 | MO | MOTION FOR EXTENSION OF TIME MOTION OF DEFENDANTS CARDINAL HEALTH, INC. AND MCKESSON CORPORATION FOR EXTENSION OF TIME TO MOVE OR PLEAD 11/27/2017 - GRANTED |  |
| 11/16/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 11/16/2017 | D20 | CS | WRIT FEE | |
| 11/16/2017 | D20 | SR | SUMS COMPLAINT(33820966) SENT BY CERTIFIED MAIL. TO: AMERISOURCEBERGEN CORPORATION CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801-0000 |  |
| 11/11/2017 | N/A | SR | FEDEX RECEIPT NO. 33652421 DELIVERED BY FEDEX 11/10/2017 FINE/PERRY/ PROCESSED BY COC 11/11/2017. | |
| 11/09/2017 | P1 | SR | REQUEST FOR SERVICE FILED INSTRUCTIONS FOR SERVICE |  |
| 11/09/2017 | N/A | SR | FX RECEIPT NO. 33652419 RETURNED 10/31/2017 FAILURE OF SERVICE ON PARTY AMERISOURCEBERGEN CORPORATION - BAD ADDRESS AFTER 8 DAYS | |
| 11/07/2017 | D21 | NT | NOTICE OF APPEARANCE, FILED D21 RUSSELL PORTENOY O JUDSON SCHEAF 0040285. NOTICE OF APPEARANCE OF O. JUDSON SCHEAF III AND JORDAN D. RAUCH |  |
| 11/03/2017 | N/A | SR | FEDEX RECEIPT NO. 33652423 DELIVERED BY FEDEX 11/01/2017 WEBSTER/LYNN/ PROCESSED BY COC 11/03/2017. | |
| 11/02/2017 | N/A | SR | FEDEX RECEIPT NO. 33652422 DELIVERED BY FEDEX 11/01/2017 FISHMAN/SCOTT/ PROCESSED BY COC 11/02/2017. | |
| 11/02/2017 | N/A | SR | FEDEX RECEIPT NO. 33652418 DELIVERED BY FEDEX 11/01/2017 CARDINAL HEALTH, INC. PROCESSED BY COC 11/02/2017. | |
| 11/02/2017 | N/A | SR | FEDEX RECEIPT NO. 33652417 DELIVERED BY FEDEX 11/01/2017 MCKESSON CORPORATION PROCESSED BY COC 11/02/2017. | |
| 11/02/2017 | N/A | SR | FEDEX RECEIPT NO. 33652410 DELIVERED BY FEDEX 11/01/2017 ALLERGAN PLC PROCESSED BY COC 11/02/2017. | |
| 11/02/2017 | N/A | SR | FEDEX RECEIPT NO. 33652408 DELIVERED BY FEDEX 11/01/2017 JANSSEN PHARMACEUTICA, INC. PROCESSED BY COC 11/02/2017. | |
| 11/02/2017 | N/A | SR | FEDEX RECEIPT NO. 33652407 DELIVERED BY FEDEX 11/01/2017 ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. PROCESSED BY COC 11/02/2017. | |
| 11/02/2017 | N/A | SR | FEDEX RECEIPT NO. 33652406 DELIVERED BY FEDEX 11/01/2017 JANSSEN PHARMACEUTICALS, INC. PROCESSED BY COC 11/02/2017. | |
| 11/02/2017 | N/A | SR | FEDEX RECEIPT NO. 33652405 DELIVERED BY FEDEX 11/01/2017 JOHNSON & JOHNSON PROCESSED BY COC 11/02/2017. | |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652951 DELIVERED BY FEDEX 10/31/2017 CEPHALON, INC. PROCESSED BY COC 11/01/2017. | |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652950 DELIVERED BY FEDEX 10/31/2017 TEVA | |

| | | | |
|---|---|---|---|
| | | | PHARMACEUTICALS USA, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652420 DELIVERED BY FEDEX 10/31/2017 PORTENOY/RUSSELL/ PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652416 DELIVERED BY FEDEX 10/31/2017 INSYS THERAPEUTICS, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652415 DELIVERED BY FEDEX 10/31/2017 ENDO HEALTH SOLUTIONS, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652414 DELIVERED BY FEDEX 10/31/2017 ACTAVIS PHARMA, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652413 DELIVERED BY FEDEX 10/31/2017 ACTAVIS, LLC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652412 DELIVERED BY FEDEX 10/31/2017 WATSON LABORATORIES, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652411 DELIVERED BY FEDEX 10/31/2017 ACTAVIS, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652409 DELIVERED BY FEDEX 10/31/2017 ENDO PHARMACEUTICALS, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652402 DELIVERED BY FEDEX 10/31/2017 PURDUE FREDERICK COMPANY, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652401 DELIVERED BY FEDEX 10/31/2017 PURDUE PHARMA, INC. PROCESSED BY COC 11/01/2017. |
| 11/01/2017 | N/A | SR | FEDEX RECEIPT NO. 33652400 DELIVERED BY FEDEX 10/31/2017 PURDUE PHARMA, L.P. PROCESSED BY COC 11/01/2017. |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | D5 | CS | WRIT FEE |
| 10/27/2017 | D5 | SR | SUMS COMPLAINT(33652951) SENT BY FEDERAL EXPRESS. TO: CEPHALON, INC. C/O CORP. CREATIONS NETWORK, INC. 3411 SILVERSIDE ROAD WILMINGTON, DE 19810-0000 |
| 10/27/2017 | D4 | CS | WRIT FEE |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | D4 | SR | SUMS COMPLAINT(33652950) SENT BY FEDERAL EXPRESS. TO: TEVA PHARMACEUTICALS USA, INC. C/O CORP. CREATIONS NETWORK, INC. 3411 SILVERSIDE ROAD WILMINGTON, DE 19810-0000 |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST |
| 10/27/2017 | D24 | CS | WRIT FEE |
| 10/27/2017 | D24 | SR | SUMS COMPLAINT(33652423) SENT BY FEDERAL EXPRESS. TO: LYNN WEBSTER PRA HEALTH SCIENCES 3838 S. 700 E. #202 SALT LAKE COUNTY, UT 84106 |
| 10/27/2017 | D23 | CS | WRIT FEE |
| 10/27/2017 | D23 | SR | SUMS COMPLAINT(33652422) SENT BY FEDERAL EXPRESS. TO: SCOTT FISHMAN 2221 STOCKTON BLVD. SACRAMENTO, CA 95817 |
| 10/27/2017 | D22 | CS | WRIT FEE |
| 10/27/2017 | D22 | SR | SUMS COMPLAINT(33652421) SENT BY FEDERAL EXPRESS. TO: PERRY FINE 615 ARAPEEN WAY, SUITE 155 SALT LAKE COUNTY, UT 84132 |
| 10/27/2017 | D21 | CS | WRIT FEE |
| 10/27/2017 | D21 | SR | SUMS COMPLAINT(33652420) SENT BY FEDERAL EXPRESS. TO: RUSSELL PORTENOY 39 BROADWAY, 1ST FLOOR NEW YORK, NY 10006 |
| 10/27/2017 | D20 | CS | WRIT FEE |
| 10/27/2017 | D20 | SR | SUMS COMPLAINT(33652419) SENT BY FEDERAL EXPRESS. TO: AMERISOURCEBERGEN CORPORATION 1300 EAST NINTH STREET CLEVELAND, OH 44114 |
| 10/27/2017 | D19 | CS | WRIT FEE |
| 10/27/2017 | D19 | SR | SUMS COMPLAINT(33652418) SENT BY FEDERAL EXPRESS. TO: CARDINAL HEALTH, INC. 7000 CARDINAL PLACE DUBLIN, OH 43017 |
| 10/27/2017 | D18 | CS | WRIT FEE |

| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
|---|---|---|---|---|
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | D18 | SR | SUMS COMPLAINT(33652417) SENT BY FEDERAL EXPRESS. TO: MCKESSON CORPORATION 50 WEST BROAD STREET, SUITE 1330 COLUMBUS, OH 43215 |  |
| 10/27/2017 | D17 | CS | WRIT FEE | |
| 10/27/2017 | D17 | SR | SUMS COMPLAINT(33652416) SENT BY FEDERAL EXPRESS. TO: INSYS THERAPEUTICS, INC. 1333 S. SPECTRUM BLVD., #100 CHANDLER, AZ 85286 |  |
| 10/27/2017 | D16 | CS | WRIT FEE | |
| 10/27/2017 | D16 | SR | SUMS COMPLAINT(33652415) SENT BY FEDERAL EXPRESS. TO: ENDO HEALTH SOLUTIONS, INC. C/O CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 |  |
| 10/27/2017 | D15 | CS | WRIT FEE | |
| 10/27/2017 | D15 | SR | SUMS COMPLAINT(33652414) SENT BY FEDERAL EXPRESS. TO: ACTAVIS PHARMA, INC. C/O CORP. CREATIONS NETWORK, INC. 119 E. COURT STREET CINCINNATI, OH 45202 |  |
| 10/27/2017 | D14 | CS | WRIT FEE | |
| 10/27/2017 | D14 | SR | SUMS COMPLAINT(33652413) SENT BY FEDERAL EXPRESS. TO: ACTAVIS, LLC. C/O CORP. CREATIONS NETWORK, INC. 119 E. COURT STREET CINCINNATI, OH 45202 |  |
| 10/27/2017 | D13 | CS | WRIT FEE | |
| 10/27/2017 | D13 | SR | SUMS COMPLAINT(33652412) SENT BY FEDERAL EXPRESS. TO: WATSON LABORATORIES, INC. C/O CORP. CREATIONS NETWORK, INC. 119 E. COURT STREET CINCINNATI, OH 45202 |  |
| 10/27/2017 | D12 | CS | WRIT FEE | |
| 10/27/2017 | D12 | SR | SUMS COMPLAINT(33652411) SENT BY FEDERAL EXPRESS. TO: ACTAVIS, INC. C/O CORP. CREATIONS NETWORK, INC. 119 E. COURT STREET CINCINNATI, OH 45202 |  |
| 10/27/2017 | D11 | CS | WRIT FEE | |
| 10/27/2017 | D11 | SR | SUMS COMPLAINT(33652410) SENT BY FEDERAL EXPRESS. TO: ALLERGAN PLC C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY, SUITE 125 COLUMBUS, OH 43215 |  |
| 10/27/2017 | D10 | CS | WRIT FEE | |
| 10/27/2017 | D10 | SR | SUMS COMPLAINT(33652409) SENT BY FEDERAL EXPRESS. TO: ENDO PHARMACEUTICALS, INC. C/O CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 |  |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 10/27/2017 | D9 | CS | WRIT FEE | |
| 10/27/2017 | D9 | SR | SUMS COMPLAINT(33652408) SENT BY FEDERAL EXPRESS. TO: JANSSEN PHARMACEUTICA, INC. 116 PINE STREET, SUITE 320 HARRISBURG, PA 17101 |  |
| 10/27/2017 | D8 | CS | WRIT FEE | |
| 10/27/2017 | D8 | SR | SUMS COMPLAINT(33652407) SENT BY FEDERAL EXPRESS. TO: ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. 116 PINE STREET, SUITE 320 HARRISBURG, PA 17101 |  |
| 10/27/2017 | D7 | CS | WRIT FEE | |
| 10/27/2017 | D7 | SR | SUMS COMPLAINT(33652406) SENT BY FEDERAL EXPRESS. TO: JANSSEN PHARMACEUTICALS, INC. 116 PINE STREET, SUITE 320 HARRISBURG, PA 17101 |  |
| 10/27/2017 | D6 | CS | WRIT FEE | |
| 10/27/2017 | D6 | SR | SUMS COMPLAINT(33652405) SENT BY FEDERAL EXPRESS. TO: JOHNSON & JOHNSON ONE JOHNSON & JOHNSON PLAZA NEW BRUNSWICK, NJ 08933 |  |
| 10/27/2017 | D3 | CS | WRIT FEE | |
| 10/27/2017 | D3 | SR | SUMS COMPLAINT(33652402) SENT BY FEDERAL EXPRESS. TO: PURDUE FREDERICK COMPANY, INC. C/O PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD |  |

Cuyahoga County Clerk of Courts Case Docket

|            |     |    |                                                                                                       |                      |
|------------|-----|----|-------------------------------------------------------------------------------------------------------|----------------------|
|            |     |    | WILMINGTON, DE 19808                                                                                   |                      |
| 10/27/2017 | D2  | CS | WRIT FEE                                                                                              |                      |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST                                                                              |                      |
| 10/27/2017 | N/A | SR | SUMMONS E-FILE COPY COST                                                                              |                      |
| 10/27/2017 | D2  | SR | SUMS COMPLAINT(33652401) SENT BY FEDERAL EXPRESS. TO: PURDUE PHARMA, INC. C/O PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 |  |
| 10/27/2017 | D1  | CS | WRIT FEE                                                                                              |                      |
| 10/27/2017 | D1  | SR | SUMS COMPLAINT(33652400) SENT BY FEDERAL EXPRESS. TO: PURDUE PHARMA, L.P. C/O PRENTICE HALL CORPORATION 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 |                      |
| 10/27/2017 | N/A | SF | JUDGE SHANNON M GALLAGHER ASSIGNED (RANDOM)                                                           |                      |
| 10/27/2017 | P1  | SF | ADDITIONAL DEPOSIT FOR SERVICE, OVER 5 DEFENDANTS $70                                                 |                      |
| 10/27/2017 | P1  | SF | LEGAL RESEARCH                                                                                        |                      |
| 10/27/2017 | P1  | SF | LEGAL NEWS                                                                                            |                      |
| 10/27/2017 | P1  | SF | LEGAL AID                                                                                             |                      |
| 10/27/2017 | P1  | SF | COURT SPECIAL PROJECTS FUND                                                                           |                      |
| 10/27/2017 | P1  | SF | COMPUTER FEE                                                                                          |                      |
| 10/27/2017 | P1  | SF | CLERK'S FEE                                                                                           |                      |
| 10/27/2017 | P1  | SF | DEPOSIT AMOUNT PAID FRANK L GALLUCCI                                                                  |                      |
| 10/27/2017 | N/A | SF | CASE FILED: COMPLAINT                                                                                 |                      |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

For questions/comments please click here.

Copyright © 2017 PROWARE. All Rights Reserved. 1.1.172

# SUMMONS IN A CIVIL ACTION     COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER CLEVELAND, OHIO 44113

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV17888099 | D1 FX | 33652400 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

|  |  |
|---|---|
| THE COUNTY OF CUYAHOGA<br>VS<br>PURDUE PHARMA, L.P., ET AL. | **PLAINTIFF**<br><br>**DEFENDANT** |

## SUMMONS

```
PURDUE PHARMA, L.P.
C/O PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON DE 19808
```

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

```
FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000
```

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

```
SHANNON M GALLAGHER
```
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Oct 27, 2017 |

By_____

Deputy

COMPLAINT FILED   10/27/2017

CMSN130



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238455703**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | T.BUDGICK | **Delivery location:** | 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 09:27 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238455703 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
PURDUE PHARMA, L.P.
C/O PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| **Reference** | CV17888099 |
|---|---|
| **Invoice number** | 33652400 |

Thank you for choosing FedEx.

# SUMMONS IN A CIVIL ACTION     COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D2 FX | 33652401 |

Rule 4 (B) Ohio

Rules of Civil Procedure

THE COUNTY OF CUYAHOGA
**VS**
PURDUE PHARMA, L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

# SUMMONS

PURDUE PHARMA, INC.
C/O  PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON DE 19808

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Said answer is required to be served on:**



Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By  _____

Deputy

COMPLAINT FILED   10/27/2017



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238456467**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | T.BUDGICK | **Delivery location:** | 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 09:27 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238456467 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
PURDUE PHARMA, INC.
C/O PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**                CV17888099
**Invoice number**           33652401

Thank you for choosing FedEx.

CV17888099 / 33652401 / PURDUE PHARMA, INC. / 2017-11-1 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D3 FX | 33652402 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA
**VS**
PURDUE PHARMA, L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

## SUMMONS

PURDUE FREDERICK COMPANY, INC.
C/O  PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON DE 19808

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By 

Deputy

COMPLAINT FILED   10/27/2017

CMSN130



November 1, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238456938**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Mailroom |
| **Signed for by:** | T.BUDGICK | **Delivery location:** | 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 09:27 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238456938 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
PURDUE FREDERICK COMPANY, INC.
C/O PRENTICE HALL CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**
**Invoice number**

CV17888099
33652402

Thank you for choosing FedEx.

CV17888099 / 33652402 / PURDUE FREDERICK COMPANY, INC. / 2017-11-1 05:18

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV17888099 | D6 FX | 33652405 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA
**VS**
PURDUE PHARMA, L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

# SUMMONS

JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK NJ 08933

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Said answer is required to be served on:**



Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT |
|---|
| Oct 27, 2017 |

By_____
Deputy

COMPLAINT FILED   10/27/2017

CMSN130



November 2,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238457923**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | M.MAQTIN RIZZI | **Delivery location:** | 1 JOHNSON AND JOHNSON PLZ |
| | | | NEW BRUNSWICK, NJ 08933 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 09:14 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238457923 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| JOHNSON & JOHNSON | CCoC |
| ONE JOHNSON & JOHNSON PLAZA | 1200 Ontario |
| NEW BRUNSWICK, NJ 08933 US | Cleveland, OH 44113 US |
| **Reference** | CV17888099 |
| **Invoice number** | 33652405 |

Thank you for choosing FedEx.

CV17888099 / 33652405 / JOHNSON & JOHNSON / 2017-11-2 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D7 FX | 33652406 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA
         **vs**

PURDUE PHARMA, L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

## SUMMONS

JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG PA 17101

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____
         **Deputy**

COMPLAINT FILED    10/27/2017

CMSN130



November 2,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238458150**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | D.KRESGE | **Delivery location:** | 600 N  2ND ST |
| | | | HARRISBURG, PA 17101 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 10:07 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238458150 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG, PA 17101 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**
**Invoice number**

CV17888099
33652406

Thank you for choosing FedEx.

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV17888099 | D8 FX | 33652407 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

```
        THE COUNTY OF CUYAHOGA           PLAINTIFF
                   VS

        PURDUE PHARMA, L.P., ET AL.      DEFENDANT
```

# SUMMONS

```
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A  JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG PA 17101
```

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Plaintiff's Attorney**

```
FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000
```

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

```
SHANNON M GALLAGHER
```
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Oct 27, 2017 |

By  _____

Deputy

COMPLAINT FILED   10/27/2017



November 2,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238458562**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | D.KRESGE | **Delivery location:** | 600 N 2ND ST |
| | | | HARRISBURG, PA 17101 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 10:07 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238458562 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 3.0 lbs/1.4 kg |

**Recipient:**
ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL
N/K/A JANSSEN PHARMACEUTICALS, INC
116 PINE STREET, SUITE 320
HARRISBURG, PA 17101 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | |
|---|---|
| **Reference** | CV17888099 |
| **Invoice number** | 33652407 |

Thank you for choosing FedEx.

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D9 FX | 33652408 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA          **PLAINTIFF**
              VS
PURDUE PHARMA, L.P., ET AL.          **DEFENDANT**

**SUMMONS**

JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG PA 17101

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |



By _____

Deputy

COMPLAINT FILED   10/27/2017



November 2,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238458415**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | D.KRESGE | **Delivery location:** | 600 N 2ND ST |
| | | | HARRISBURG, PA 17101 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 10:07 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238458415 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS, INC.
116 PINE STREET, SUITE 320
HARRISBURG, PA 17101 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | |
|---|---|
| **Reference** | CV17888099 |
| **Invoice number** | 33652408 |

Thank you for choosing FedEx.

**SUMMONS IN A CIVIL ACTION**     **COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**
**CLEVELAND, OHIO 44113**

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D10 FX | 33652409 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA     **PLAINTIFF**
VS
PURDUE PHARMA, L.P., ET AL.     **DEFENDANT**

**SUMMONS**

ENDO PHARMACEUTICALS, INC.
C/O CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON DE 19801

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Said answer is required to be served on:**



**Plaintiff's Attorney**

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By  _____
**Deputy**

COMPLAINT FILED    10/27/2017

CMSN130



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238459569**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.RICE | **Delivery location:** | 1209 N ORANGE ST |
| | | | WILMINGTON, DE 19801 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 11:11 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238459569 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
ENDO PHARMACEUTICALS, INC.
C/O  CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON, DE 19801 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

| | | |
|---|---|---|
| **Reference** | | CV17888099 |
| **Invoice number** | | 33652409 |

Thank you for choosing FedEx.

CV17888099 / 33652409 / ENDO PHARMACEUTICALS, INC. / 2017-11-1 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D11 FX | 33652410 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

```
        THE COUNTY OF CUYAHOGA            PLAINTIFF
                   VS
        PURDUE PHARMA, L.P., ET AL.       DEFENDANT
```

## SUMMONS

```
ALLERGAN PLC
F/K/A  ACTAVIS PLC
C/O CT  CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125

COLUMBUS OH 43215
```

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

```
FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000
```

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

```
SHANNON M GALLAGHER
```
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By  _____

Deputy

COMPLAINT FILED   10/27/2017

CMSN130



November 2,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238459628**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | S.SULLENGER | **Delivery location:** | 4400 EASTON CMNS 125 |
| | | | COLUMBUS, OH 43215 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 09:17 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238459628 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
ALLERGAN PLC
F/K/A  ACTAVIS PLC
C/O CT  CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS, OH 43215 US
**Reference**
**Invoice number**

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US


CV17888099
33652410

Thank you for choosing FedEx.

CV17888099 / 33652410 / ALLERGAN PLC / 2017-11-2 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D12 FX | 33652411 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA **PLAINTIFF**

VS

PURDUE PHARMA, L.P., ET AL.  **DEFENDANT**

# SUMMONS

ACTAVIS, INC.
F/K/A  WATSON PHARMACEUTICALS, INC.
C/O CORP. CREATIONS NETWORK, INC.
119 E. COURT STREET

CINCINNATI OH 45202

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____
Deputy

COMPLAINT FILED    10/27/2017



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238459856**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.KALUTI | **Delivery location:** | C O CORP  CREATIONS NETWORK  I |
| | | | CINCINNATI, OH 45202 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 10:03 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238459856 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| ACTAVIS, INC. | CCoC |
| F/K/A  WATSON PHARMACEUTICALS, INC. | 1200 Ontario |
| C/O CORP. CREATIONS NETWORK, INC. | Cleveland, OH 44113 US |
| 119 E. COURT STREET | |
| CINCINNATI, OH 45202 US | |
| **Reference** | CV17888099 |
| **Invoice number** | 33652411 |

Thank you for choosing FedEx.

CV17888099 / 33652411 / ACTAVIS, INC. / 2017-11-1 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D13 FX | 33652412 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA        **PLAINTIFF**
VS
PURDUE PHARMA, L.P., ET AL.    **DEFENDANT**

## SUMMONS

WATSON LABORATORIES, INC.
C/O CORP. CREATIONS NETWORK, INC.
119 E. COURT STREET
CINCINNATI OH 45202

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Said answer is required to be served on:**



Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT |
|---|
| Oct 27, 2017 |

By_____

Deputy



COMPLAINT FILED   10/27/2017

CMSN130



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238460507**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | J.KALUTI | Delivery location: | C O CORP  CREATIONS NETWORK  I |
| | | | CINCINNATI, OH 45202 |
| Service type: | FedEx Express Saver | Delivery date: | Oct 31, 2017 10:03 |
| Special Handling: | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 788238460507 | Ship date: | Oct 27, 2017 |
| | | Weight: | 4.0 lbs/1.8 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| WATSON LABORATORIES, INC. | CCoC |
| C/O CORP. CREATIONS NETWORK, INC. | 1200 Ontario |
| 119 E. COURT STREET | Cleveland, OH 44113 US |
| CINCINNATI, OH 45202 US | |
| Reference | CV17888099 |
| Invoice number | 33652412 |

Thank you for choosing FedEx.

CV17888099 / 33652412 / WATSON LABORATORIES, INC. / 2017-11-1 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D14 FX | 33652413 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA
**VS**
PURDUE PHARMA, L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

# SUMMONS

ACTAVIS, LLC.
C/O CORP. CREATIONS NETWORK, INC.
119 E. COURT STREET
CINCINNATI OH 45202

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____
Deputy

COMPLAINT FILED   10/27/2017

CMSN130



November 1, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238461010**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.KALUTI | **Delivery location:** | C O CORP  CREATIONS NETWORK  I |
| | | | CINCINNATI, OH 45202 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 10:03 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238461010 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ACTAVIS, LLC. | CCoC |
| C/O CORP. CREATIONS NETWORK, INC. | 1200 Ontario |
| 119 E. COURT STREET | Cleveland, OH 44113 US |
| CINCINNATI, OH 45202 US | |
| **Reference** | CV17888099 |
| **Invoice number** | 33652413 |

Thank you for choosing FedEx.

CV17888099 / 33652413 / ACTAVIS, LLC. / 2017-11-1 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D15 FX | 33652414 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA      **PLAINTIFF**
VS
PURDUE PHARMA, L.P., ET AL.      **DEFENDANT**

## SUMMONS

ACTAVIS PHARMA, INC.
F/K/A  WATSON PHARMA, INC.
C/O CORP. CREATIONS NETWORK, INC.
119 E. COURT STREET

CINCINNATI OH 45202

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Said answer is required to be served on:**



**Plaintiff's Attorney**

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT |
|---|
| Oct 27, 2017 |

By_____
      **Deputy**

COMPLAINT FILED   10/27/2017



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238460974**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | J.KALUTI | **Delivery location:** | C O CORP  CREATIONS NETWORK  I |
| | | | CINCINNATI, OH 45202 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 10:03 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238460974 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
ACTAVIS PHARMA, INC.
F/K/A  WATSON PHARMA, INC.
C/O CORP. CREATIONS NETWORK, INC.
119 E. COURT STREET
CINCINNATI, OH 45202 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**  CV17888099
**Invoice number**  33652414

Thank you for choosing FedEx.

CV17888099 / 33652414 / ACTAVIS PHARMA, INC. / 2017-11-1 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D16 FX | 33652415 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA    **PLAINTIFF**
VS
PURDUE PHARMA, L.P., ET AL.    **DEFENDANT**

**SUMMONS**

ENDO HEALTH SOLUTIONS, INC.
C/O  CORPORATION TRUST CO.
1209 ORANGE STREET
WILMINGTON DE 19801

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By 

Deputy

COMPLAINT FILED   10/27/2017

CMSN130



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238460665**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.RICE | **Delivery location:** | 1209 N ORANGE ST |
| | | | WILMINGTON, DE 19801 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 11:11 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238460665 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| ENDO HEALTH SOLUTIONS, INC. | CCoC |
| C/O  CORPORATION TRUST CO. | 1200 Ontario |
| 1209 ORANGE STREET | Cleveland, OH 44113 US |
| WILMINGTON, DE 19801 US | |
| **Reference** | CV17888099 |
| **Invoice number** | 33652415 |

Thank you for choosing FedEx.

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV17888099 | D17 FX | 33652416 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA          **PLAINTIFF**
            VS
PURDUE PHARMA, L.P., ET AL.     **DEFENDANT**

**SUMMONS**

INSYS THERAPEUTICS, INC.
1333 S. SPECTRUM BLVD., #100
CHANDLER AZ 85286

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____
Deputy

COMPLAINT FILED   10/27/2017



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238461775**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | L.WEBB | **Delivery location:** | 1333 S SPECTRUM BLVD 100 |
| | | | CHANDLER, AZ 85286 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 09:03 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238461775 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 3.0 lbs/1.4 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| INSYS THERAPEUTICS, INC. | CCoC |
| 1333 S. SPECTRUM BLVD., #100 | 1200 Ontario |
| CHANDLER, AZ 85286 US | Cleveland, OH 44113 US |
| **Reference** | CV17888099 |
| **Invoice number** | 33652416 |

Thank you for choosing FedEx.

CV17888099 / 33652416 / INSYS THERAPEUTICS, INC. / 2017-11-1 05:18

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D18 FX | 33652417 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA    **PLAINTIFF**
VS
PURDUE PHARMA, L.P., ET AL.    **DEFENDANT**

**SUMMONS**

MCKESSON CORPORATION
50 WEST BROAD STREET, SUITE 1330
COLUMBUS OH 43215

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____

Deputy

COMPLAINT FILED   10/27/2017

CMSN130



November 2, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238462462**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | D.SCHAUSEL | **Delivery location:** | 50 W BROAD ST 1330 |
| | | | COLUMBUS, OH 43215 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 12:04 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238462462 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| MCKESSON CORPORATION | CCoC |
| 50 WEST BROAD STREET, SUITE 1330 | 1200 Ontario |
| COLUMBUS, OH 43215 US | Cleveland, OH 44113 US |
| **Reference** | CV17888099 |
| **Invoice number** | 33652417 |

Thank you for choosing FedEx.

CV17888099 / 33652417 / MCKESSON CORPORATION / 2017-11-2 05:18

# SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER

CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D19 FX | 33652418 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA
**VS**
PURDUE PHARMA, L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

# SUMMONS

CARDINAL HEALTH, INC.
7000 CARDINAL PLACE
DUBLIN OH 43017

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Said answer is required to be served on:**



**Plaintiff's Attorney**

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____

**Deputy**

COMPLAINT FILED   10/27/2017

CMSN130



November 2,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238461960**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | D.SMITH | **Delivery location:** | 7000 CARDINAL PL |
| | | | DUBLIN, OH 43017 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 09:10 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238461960 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
CARDINAL HEALTH, INC.
7000 CARDINAL PLACE
DUBLIN, OH 43017 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**
**Invoice number**

CV17888099
33652418

Thank you for choosing FedEx.

CV17888099 / 33652418 / CARDINAL HEALTH, INC. / 2017-11-2 05:18

# SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
## CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D20 FX | 33652419 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA         **PLAINTIFF**
        VS
PURDUE PHARMA, L.P., ET AL.     **DEFENDANT**

## SUMMONS

AMERISOURCEBERGEN CORPORATION
1300 EAST NINTH STREET
CLEVELAND OH 44114

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

#### Said answer is required to be served on:



**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

#### Case has been assigned to Judge:

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____

Deputy



COMPLAINT FILED   10/27/2017

CMSN130

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV17888099 | D21 FX | 33652420 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

| | |
|---|---|
| THE COUNTY OF CUYAHOGA<br>VS<br>PURDUE PHARMA, L.P., ET AL. | **PLAINTIFF**<br><br>**DEFENDANT** |

**SUMMONS**

RUSSELL PORTENOY
39 BROADWAY, 1ST FLOOR
NEW YORK NY 10006

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

#### Said answer is required to be served on:



Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

#### Case has been assigned to Judge:

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE SENT |
|---|
| Oct 27, 2017 |

By  _____

Deputy

COMPLAINT FILED   10/27/2017



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238463105**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | S.DAVISON | **Delivery location:** | 39 BROADWAY  1ST FLOOR |
| | | | NEW YORK, NY 10006 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 14:14 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238463105 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 3.0 lbs/1.4 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| RUSSELL PORTENOY | CCoC |
| 39 BROADWAY, 1ST FLOOR | 1200 Ontario |
| NEW YORK, NY 10006 US | Cleveland, OH 44113 US |
| **Reference** | CV17888099 |
| **Invoice number** | 33652420 |

Thank you for choosing FedEx.

CV17888099 / 33652420 / PORTENOY/RUSSELL/ / 2017-11-1 05:18

| CASE NO. | | SUMMONS NO. | Rule 4 (B) Ohio |
|---|---|---|---|
| CV17888099 | D22 FX | 33652421 | Rules of Civil Procedure |

| | | |
|---|---|---|
| THE COUNTY OF CUYAHOGA | **PLAINTIFF** | **SUMMONS** |
| VS | | |
| PURDUE PHARMA, L.P., ET AL. | **DEFENDANT** | |

PERRY FINE
615 ARAPEEN WAY, SUITE 155
SALT LAKE COUNTY UT 84132

You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____
Deputy

COMPLAINT FILED    10/27/2017

CMSN130



November 11,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238463403**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | M.MONOGAMITS | **Delivery location:** | 615 S ARAPEEN DR |
| | | | SALT LAKE COUNTY, UT 84132 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 10, 2017 11:49 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238463403 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| PERRY FINE | CCoC |
| 615 ARAPEEN WAY, SUITE 155 | 1200 Ontario |
| SALT LAKE COUNTY, UT 84132 US | Cleveland, OH 44113 US |
| **Reference** | CV17888099 |
| **Invoice number** | 33652421 |

Thank you for choosing FedEx.

CV17888099 / 33652421 / FINE/PERRY/ / 2017-11-11 05:17

# SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER
## CLEVELAND, OHIO 44113

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV17888099 | D23 FX | 33652422 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

|  | |
|---|---|
| THE COUNTY OF CUYAHOGA | **PLAINTIFF** |
| VS | |
| PURDUE PHARMA, L.P., ET AL. | **DEFENDANT** |

**SUMMONS**

SCOTT FISHMAN
2221 STOCKTON BLVD.
SACRAMENTO CA 95817

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Plaintiff's Attorney**

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |



By_____

Deputy

COMPLAINT FILED    10/27/2017

CMSN130



November 2,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238463550**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | A.SHARIF | **Delivery location:** | 7301 14TH AVE |
| | | | SACRAMENTO, CA 95817 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 09:47 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238463550 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| SCOTT FISHMAN | CCoC |
| 2221 STOCKTON BLVD. | 1200 Ontario |
| SACRAMENTO, CA 95817 US | Cleveland, OH 44113 US |
| **Reference** | CV17888099 |
| **Invoice number** | 33652422 |

Thank you for choosing FedEx.

CV17888099 / 33652422 / FISHMAN/SCOTT/ / 2017-11-2 05:18

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV17888099 | D24 FX | 33652423 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA        **PLAINTIFF**
VS
PURDUE PHARMA, L.P., ET AL.      **DEFENDANT**

## SUMMONS

LYNN WEBSTER
PRA HEALTH SCIENCES
3838 S. 700 E. #202
SALT LAKE COUNTY UT 84106

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**Said answer is required to be served on:**



**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
**Clerk of the Court of Common Pleas**

| DATE SENT |
|---|
| Oct 27, 2017 |

By_____
**Deputy**

COMPLAINT FILED   10/27/2017

CMSN130



November 3,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238464914**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | B.BRAD | **Delivery location:** | 3838 S 700 E 202 |
| | | | SALT LAKE COUNTY, UT 84106 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Nov 1, 2017 14:26 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238464914 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| **Recipient:** | **Shipper:** |
|---|---|
| LYNN WEBSTER | CCoC |
| PRA HEALTH SCIENCES | 1200 Ontario |
| 3838 S. 700 E. #202 | Cleveland, OH 44113 US |
| SALT LAKE COUNTY, UT 84106 US | |
| **Reference** | CV17888099 |
| **Invoice number** | 33652423 |

Thank you for choosing FedEx.

CV17888099 / 33652423 / WEBSTER/LYNN/ / 2017-11-3 05:18

# SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17888099 | D4 FX | 33652950 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA
**VS**
PURDUE PHARMA, L.P., ET AL.

**PLAINTIFF**

**DEFENDANT**

## SUMMONS

TEVA PHARMACEUTICALS USA, INC.
C/O CORP. CREATIONS NETWORK, INC.
3411 SILVERSIDE ROAD
WILMINGTON DE 19810-0000

**You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.**

**You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)**

Plaintiff's Attorney

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.**

**If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Oct 27, 2017 |

By  _____

Deputy

COMPLAINT FILED    10/27/2017

CMSN130



November 1, 2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238983177**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.SIEMIENSKI | **Delivery location:** | C O CORP  CREATIONS NETWORK  I |
| | | | WILMINGTON, DE 19810 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 12:14 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238983177 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

**Recipient:**
TEVA PHARMACEUTICALS USA, INC.
C/O CORP. CREATIONS NETWORK, INC.
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference**
**Invoice number**

CV17888099
33652950

Thank you for choosing FedEx.

| **CASE NO.** | | **SUMMONS NO.** |
|---|---|---|
| CV17888099 | D5 FX | 33652951 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA          **PLAINTIFF**
             VS
PURDUE PHARMA, L.P., ET AL.     **DEFENDANT**

# SUMMONS

CEPHALON, INC.
C/O CORP. CREATIONS NETWORK, INC.
3411 SILVERSIDE ROAD
WILMINGTON DE 19810-0000

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on:**



**Plaintiff's Attorney**

FRANK L GALLUCCI III
55 PUBLIC SQUARE

SUITE 2222
CLEVELAND, OH 44113-0000

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

**Case has been assigned to Judge:**

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| **DATE SENT** |
|---|
| Oct 27, 2017 |

By_____
        **Deputy**



COMPLAINT FILED    10/27/2017

CMSN130



November 1,2017

Dear Customer:

The following is the proof-of-delivery for tracking number **788238982744**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.SIEMIENSKI | **Delivery location:** | C O CORP  CREATIONS NETWORK  I |
| | | | WILMINGTON, DE 19810 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Oct 31, 2017 12:14 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 788238982744 | **Ship date:** | Oct 27, 2017 |
| | | **Weight:** | 4.0 lbs/1.8 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| CEPHALON, INC. | CCoC |
| C/O CORP. CREATIONS NETWORK, INC. | 1200 Ontario |
| 3411 SILVERSIDE ROAD | Cleveland, OH 44113 US |
| WILMINGTON, DE 19810 US | |
| **Reference** | CV17888099 |
| **Invoice number** | 33652951 |

Thank you for choosing FedEx.

CV17888099 / 33652951 / CEPHALON, INC. / 2017-11-1 05:18



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

## Court of Common Pleas

**NOTICE OF APPEARANCE**
**November 7, 2017 10:31**

By: O JUDSON SCHEAF 0040285

Confirmation Nbr. 1218383

| | |
|---|---|
| THE COUNTY OF CUYAHOGA | CV 17 888099 |
| vs. | |
| PURDUE PHARMA, L.P., ET AL. | **Judge:**  SHANNON M. GALLAGHER |

**Pages Filed:**  3

**IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

| | |
|---|---|
| THE COUNTY OF CUYAHOGA, | ) **CASE NO. CV 17 888099** |
| Plaintiff, | ) |
| v. | ) |
| PURDUE PHARMA, L.P., et al., | ) |
| Defendants | ) |

**NOTICE OF APPEARANCE OF O. JUDSON SCHEAF III**
**AND JORDAN D. RAUCH**

Please take notice that O. Judson Scheaf III and Jordan D. Rauch of the law firm of Hahn Loeser & Parks LLP, 65 East State Street, Suite 1400, Columbus, Ohio 43215, hereby enter their appearance as counsel for Defendant Dr. Russell Portenoy ("Dr. Portenoy").  By filing this Notice of Appearance, the undersigned are specifically reserving Dr. Portenoy's right to assert any and all objections and defenses including those based on due process or personal jurisdiction considerations.

Respectfully submitted,

/s/ O. Judson Scheaf III
O. Judson Scheaf III (0040285)
Jordan D. Rauch (0093389)
Hahn Loeser & Parks LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215
Telephone: (614) 233-5190
Facsimile: (614) 221-5909
Email: jscheaf@hahnlaw.com
        jrauch@hahnlaw.com

*Counsel for Defendant Dr. Russell Portenoy*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance of O. Judson Scheaf III and Jordan D. Rauch* was served on November 7, 2017 via regular U.S. Mail, postage prepaid, upon the following:

John R. Climaco, Esq.
Climaco, Wilcox, Peca & Garofoli, C.O., L.P.A.
55 Public Square, Suite 1950
Cleveland, Ohio 44113

and

Patrick G. Warner, Esq.
Darrin C. Leist, Esq.
Leist Warner LLC
513 East Rich Street, Suite 201
Columbus, Ohio 43215

and

Scott Kalis, Esq.
Kalish Law LLC
1468 W. 9th Street, #405
Cleveland, Ohio 44113

and

Paul J. Napoli, Esq.
Joseph L. Ciaccio, Esq.
Salvatore C. Badala, Esq.
Napoli Shkolnik, PLLC
400 Broadhollow Road, Suite 350
Melville, New York 11747
*Attorneys for Plaintiff*


Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Ortho-McNeil-Janssen
Pharmaceuticals, Inc. n/k/a Janssen
Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Purdue Pharma L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

Purdue Pharma Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

The Purdue Frederick Company, Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

and

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

and

Cephalon, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19180

Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Janssen Pharmaceutica, Inc. n/k/a
Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

9697358

Endo Pharmaceuticals, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Actavis, Inc. f/k/a Watson
Pharmaceuticals, Inc.
CT Corporation Network, Inc.
119 E. Court Street
Cincinnati, OH 45202

Perry Fine
615 Arapeen Way, Suite 155
Salt Lake City, UT 84132

Lynn Webster
PRA Health Sciences
3838 S. 700 E #202
Salt Lake City, UT 84106


Scott E. Smith, Esq.
Scott Elliot Smith LPA
5003 Horizons Drive, Suite 200
Columbus, Ohio 43220

*Attorneys for Plaintiff*
*The County of Cuyahoga*

Allergan PLC f/k/a Actavis PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43215

Amerisourcebergen Corporation
1300 East Ninth Street
Cleveland, OH 44114


Scott Fishman
2221 Stockton Blvd.
Sacramento, CA 95817

Frank Gallucci, Esq.
Plevin & Gallucci Company, L.P.A.
55 Public Square, Suite 2222
Cleveland, Ohio 44113

*Attorneys for Plaintiff*
*The County of Cuyahoga*
Leo M. Spellacy, Jr., Esq.
Thrasher Dinsmore & Dolan LPA
1111 Superior Avenue, Suite 412
Cleveland, Ohio 44114

*Attorneys for Plaintiff*
*The County of Cuyahoga*


*/s/ O. Judson Scheaf III*
O. Judson Scheaf III
*Counsel for Defendant Dr. Russell Portenoy*



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**REQUEST FOR SERVICE**
**November 9, 2017 15:42**

By: FRANK L. GALLUCCI 0072680

Confirmation Nbr. 1221625

THE COUNTY OF CUYAHOGA

vs.

PURDUE PHARMA, L.P., ET AL.

CV 17 888099

**Judge:**  SHANNON M. GALLAGHER

**Pages Filed:**  1



Common Pleas Court of Cuyahoga County, Ohio
**Nailah K. Byrd, Clerk of Courts**

### INSTRUCTIONS FOR SERVICE

The County of Cuyahoga
Plaintiff(s)

Case Number CV17-888099

Judge: Gallagher

Vs.
Purdue Pharma, L.P., et al.
Defendants(s)

Date: 11/9/17

Method of Service Requested:

Certified Mail Service ✔ Ordinary Mail Service ☐ Federal Express Service ☐

Personal Service by the Sheriff of _____ County ___

Residence Service by the Sheriff of _____ County ___

Personal Service By Process Server ____

Residence Service by Process Server ____

Name(s) and Address(es) of Parties to Serve:

Amerisourcebergen Corporation
c/o  The Corporation Trust Company, Statutory Agent
Corporation Trust Center, 1209 Orange Street
Wilmington, Deleware  19801

Additional Instructions:
Serve the attached Complaint by certified mail

Filing Party Name: Frank L. Gallucci III    Supreme Court ID if applicable: 0072680

Phone Number: 216-861-0804

*For Use by Sheriff or Process Server Only*

Number of Service Attempts: _____

Address for Service if Different from address included above: _____

**SUMMONS IN A CIVIL ACTION     COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

CLEVELAND, OHIO 44113

| CASE NO. | SUMMONS NO. | |
|---|---|---|
| CV17888099 | D20 CM | 33820966 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

THE COUNTY OF CUYAHOGA          **PLAINTIFF**
                    **VS**
PURDUE PHARMA, L.P., ET AL.     **DEFENDANT**

## SUMMONS

AMERISOURCEBERGEN CORPORATION
C/O THE CORPORATION TRUST COMPANY,
STATUTORY AGENT
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE 19801-0000

**You have been named defendant in a sums
complaint (copy attached hereto) filed in Cuyahoga
County Court of Common Pleas, Cuyahoga County
Justice Center, Cleveland, Ohio 44113, by the
plaintiff named herein.**

**You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.**

**Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)**

**Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.**

**If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.**

#### Said answer is required to be served on:



Plaintiff's Attorney

SCOTT ELLIOT SMITH
5003 HORIZONS DR.  SUITE 200

COLUMBUS, OH 43220-0000

#### Case has been assigned to Judge:

SHANNON M GALLAGHER
**Do not contact judge. Judge's name is given for
attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

| DATE SENT |
|---|
| Nov 16, 2017 |

By_____
                    Deputy

COMPLAINT FILED   10/27/2017

CMSN130

Motion No. <u>4639819</u>



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**MOTION FOR EXTENSION OF TIME**
November 21, 2017 10:51

By: JOSEPH F. MURRAY 0063373

Confirmation Nbr. 1231264

THE COUNTY OF CUYAHOGA

vs.

PURDUE PHARMA, L.P., ET AL.

CV 17 888099

**Judge:**  SHANNON M. GALLAGHER

**Pages Filed:**  4

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO
## CIVIL DIVISION

| | | |
|---|---|---|
| THE COUNTY OF CUYAHOGA, | : | Case No. CV 17 888099 |
| | : | |
| Plaintiff, | : | Judge Gallagher |
| | : | |
| v. | : | |
| | : | |
| PURDUE PHARMA L.P., et al., | : | |
| | : | |
| Defendants. | : | |

### MOTION OF DEFENDANTS CARDINAL HEALTH, INC. AND MCKESSON CORPORATION FOR EXTENSION OF TIME TO MOVE OR PLEAD

Defendants Cardinal Health, Inc.[1] and McKesson Corporation ("Defendants") respectfully move this Court for an extension of time to move or otherwise plead in response to Plaintiff's Complaint for Damages (the "Complaint"). Defendants request that their deadline for responding to the Complaint be extended up to and including January 15, 2018. Defendants' responses to the Complaint would otherwise be due on November 29, 2017. Due to the length and complexity of the Complaint, Defendants' counsel will require additional time to confer with the respective Defendants regarding the allegations set forth in the Complaint and to examine any affirmative defenses that may be available.

Counsel for Plaintiff has been contacted regarding this request and has agreed to the extension.

A proposed order has been submitted herewith.

---

[1] By filing this motion, Cardinal Health, Inc. does not concede that it is a proper party to this action, and it is not.

Respectfully submitted,


*/s/ Joseph F. Murray*
Joseph F. Murray (0063373)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murray@mmmb.com

*Attorney for Defendant Cardinal*
   *Health, Inc.*

*/s/ Vincent I. Holzhall* (by permission)
Vincent I. Holzhall (0074901)
Trial Attorney
Alana Valle Tanoury (0092265)
Steptoe & Johnson PLLC
41 S. High Street, Suite 2200
Columbus, OH 43215
Telephone: 614.458.9828
Facsimile: 614.221.0952
E-mail: vince.holzhall@steptoe-
   johnson.com

*Attorney for Defendant McKesson*
   *Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, a copy of the foregoing was served

via regular U.S. Mail, postage prepaid, upon the following:

Robin M. Wilson
Cuyahoga County Department of Law
County Administrative Headquarters
2079 East 9th Street, 7th Floor
Cleveland, OH 44115

Frank Gallucci
Plevin & Gallucci Company, L.P.A.
55 Public Square
Suite 2222
Cleveland, OH 44113

Paul J. Napoli
Joseph L. Ciaccio
Salvatore C. Badala
Paul B. Maslo
Napoli Shkolnik, PLLC
400 Broadhollow Road, Suite 350
Melville, NY 11747

Scott Elliot Smith
Scott Elliot Smith LPA
5003 Horizons Dr. Ste. 100
Columbus, OH 43220

Leo M. Spellacy, Jr.
Thrasher Dinsmore & Dolan LPA
1111 Superior Avenue, Suite 412
Cleveland, OH 44114

Purdue Pharma L.P.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

Purdue Pharma Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

Cephalon, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19810

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Ortho-McNeil-Janssen Pharmaceuticals,
Inc. n/k/a Janssen Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Allergan PLC f/k/a Actavis PLC
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43215

Actavis Pharma, Inc. f/k/a Watson Pharma,
Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

Watson Laboratories, Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

O. Judson Scheaf III
Jordan D. Rauch
Hahn Loeser & Parks LLP
65 East State Street, Suite 1400
Columbus, OH 43215

3

The Purdue Frederick Company, Inc.
c/o The Prentice Hall Corporation
2711 Centerville Road
Wilmington, DE 19808

Teva Pharmaceuticals USA, Inc.
c/o Corporate Creations Network Inc.
3411 Silverside Road
Wilmington, DE 19810

Janssen Pharmaceutica, Inc. n/k/a Janssen
Pharmaceuticals, Inc.
116 Pine Street, Suite 320
Harrisburg, PA 17101

Actavis, Inc. f/k/a Watson Pharmaceuticals,
Inc.
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

Actavis LLC
Corporate Creations Network Inc.
119 E. Court Street
Cincinnati, OH 45202

AmerisourceBergen Corporation
1300 East Ninth Street
Cleveland, OH 44114

Scott Fishman
2221 Stockton Blvd.
Sacramento, CA 95817

Endo Pharmaceuticals, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Endo Health Solutions Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Lynn Webster
PRA Health Sciences
3838 S 700 E #202
Salt Lake City, UT 84106

INSYS Therapeutics, Inc.
1333 S. Spectrum Blvd. #100
Chandler, AX 85286

Perry Fine
615 Arapeen Way, Suite 155
Salt Lake City, UT 84132

*/s/ Joseph F. Murray*
Joseph F. Murray (0063373)

4

Motion No. <u>4640964</u>



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**MOTION FOR EXTENSION OF TIME**
**November 27, 2017 09:57**

By: GREGORY D. BRUNTON 0061722

Confirmation Nbr. 1233820

| | |
|---|---|
| THE COUNTY OF CUYAHOGA | CV 17 888099 |
| vs. | |
| PURDUE PHARMA, L.P., ET AL. | **Judge:** SHANNON M. GALLAGHER |

**Pages Filed:** 4

**COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

| | | |
|---|---|---|
| THE COUNTY OF CUYAHOGA, | ) | Case No. CV 17 888099 |
| | ) | |
| Plaintiff, | ) | Judge Shannon M. Gallagher |
| | ) | |
| v. | ) | |
| | ) | |
| PURDUE PHARMA L.P., et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS PERRY FINE, M.D., SCOTT FISHMAN, M.D. AND LYNN WEBSTER, M.D. TO RESPOND TO PLAINTIFF COUNTY OF CUYAHOGA'S COMPLAINT**

Defendants Perry Fine, M.D., Scott Fishman, M.D., and Lynn Webster, M.D. ("Defendants"), jointly and with the consent of Plaintiff County of Cuyahoga ("Plaintiff"), hereby request an extension of time to answer, move or otherwise respond to Plaintiff's Complaint up to and including January 18, 2018.

Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations. The Parties conferred about this motion and, given the length and complexity of the Complaint, Plaintiff's counsel authorized defense counsel to advise the Court that Plaintiff consents to Defendants' request for this extension of time.

Wherefore, Defendants hereby respectfully request that this honorable Court grant their motion for an extension of time through and including January 18, 2018 to answer, move or otherwise response to Plaintiff's Complaint.

Respectfully submitted,

/s/ Gregory D. Brunton
Gregory D. Brunton (0061722)
Daniel J. Hyzak (0091298)
Tyler G. Tarney (0089082)
Bruce A. Moore (0093334)
**Gordon Rees Scully Mansukhani, LLP**
41 South High Street, Suite 240
Columbus, Ohio 43215
T: (614) 340 -5558
F: (614) 360-2130
Email: gbrunton@grsm.com
        dhyzak@grsm.com
        ttarney@grsm.com
        bmoore@grsm.com
*Attorneys for Defendants Perry Fine, M.D.,*
*Scott Fishman, M.D., and Lynn Webster,*
*M.D.*

AGREED TO BY:
*/s/ Frank Gallucci by email authority 11/22/17*
Frank Gallucci
Plevin & Gallucci Co., LPA
55 Public Square, Suite 2222
Cleveland, OH 44113
fgallucci@pglawyer.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 27th
day of November 2017, via electronic mail and/or regular U.S. mail, postage prepaid,
upon the following:

Paul J. Napoli
pnapoli@napolilaw.com
Joseph L. Ciaccio
jciaccio@napolilaw.com
Salvatore C. Badala
sbadala@napolilaw.com
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road — Suite 350
Melville, New York 11747
Telephone: (212) 397-1000

Robin M. Wilson
County Administrative Headquarters
Cuyahoga County Dept. of Law
2079 East 9th St., 7th Fl.
Cleveland, OH 44115
T: 216-443-7042
rwilson@cuyahogacounty.us

Frank Gallucci
Plevin & Gallucci Co., LPA
55 Public Square, Suite 2222
Cleveland, OH 44113
fgallucci@pglawyer.com

Scott Elliott Smith
Scott Elliott Smith LPA
5003 Horizons Dr., Ste. 200
Columbus, OH 43220
T: 614-846-1700
ses@sestriallaw.com

Leo M. Spellacy, Jr.
Thrasher Dinsmore & Dolan LPA
1111 Superior Ave., Suite 412
Cleveland, OH 44114
T: 216-255-5431

lspellacy@tddlaw.com
*Attorneys for Plaintiff*

Vincent I. Holzhall
Alana Valle Tanoury
Steptoe & Johnson PLLC
41 S. High Street, Suite 2200
Columbus, OH 43215
Telephone: 614.458.9828
Facsimile: 614.221.0952
vince.holzhall@steptoe-johnson.com
*Attorney for Defendant McKesson
Corporation*

Purdue Pharma LP, Purdue Pharma Inc.
Purdue Frederick Company Inc.
C/O The Prentice Hall Corp.
2711 Centerville Rd.
Wilmington, Delaware 19808
*Defendant*

Teva Pharmaceuticals USA Inc.
C/O Corporate Creations Network Inc.
3411 Silverside Rd.
Wilmington, Delaware 19810
*Defendant*

Cephalon Inc
C/O Corporate Creations Network Inc.
3411 Silverside Rd.
Wilmington, Delaware 19810
*Defendant*

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933
*Defendant*

Janssen Pharmaceuticals Inc.
Ortho-Mcneil-Janssen Pharmaceuticals
Inc. and Janssen Pharmaceutica Inc.
116 Pine St., Ste. 320
Harrisburg, Pennsylvania 17101
*Defendant*

Endo Pharmaceuticals Inc.
C/O The Corporation Trust Co.
1209 Orange St.
Wilmington, Delaware 19801
*Defendant*

Allergan PLC
CT Corporation System
4400 Easton Commons Way, Ste. 125
Columbus, Ohio 43215
*Defendant*

Actavis Inc.
Corporate Creations Network Inc.
119 E. Court St.
Cincinnati, Ohio 45202
*Defendant*

Watson Laboratories Inc.
Corporate Creations Network Inc.
119 E Court St.
Cincinnati, Ohio 45202
*Defendant*

Actavis LLC
Corporate Creations Network Inc.
119 E. Court St.
Cincinnati, Ohio 45202
*Defendant*

Actavis Pharma
Corporate Creations Network Inc.
119 E. Court St.
Cincinnati, Ohio 45202
*Defendant*

Endo Health Solutions Inc.
C/O The Corporation Trust Co.
1209 Orange St.
Wilmington, Delaware 19801
*Defendant*

Joseph F. Murray
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
murray@mmmb.com
*Attorney for Defendant Cardinal Health,
Inc.*

Amerisourcebergen Corporation
1300 East Ninth St.
Cleveland, Ohio 44114
*Defendant*

O. Judson Scheaf III
Jordan D. Rauch
Hahn Loeser & Parks LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215
Telephone: (614) 233-5190
Facsimile: (614) 221-5909
jscheaf@hahnlaw.com
jrauch@hahnlaw.com
*Counsel for Defendant Dr. Russell
Portenoy*

/s/ Gregory D. Brunton
Gregory D. Brunton (0061722)
Daniel J. Hyzak (0091298)
Tyler G. Tarney (0089082)
Bruce A. Moore (0093334)



101498874

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE COUNTY OF CUYAHOGA
    Plaintiff

PURDUE PHARMA, L.P., ET AL.
    Defendant

Case No: CV-17-888099

Judge: SHANNON M GALLAGHER

## JOURNAL ENTRY

MOTION OF DEFENDANTS CARDINAL HEALTH, INC. AND MCKESSON CORPORATION FOR EXTENSION OF TIME TO MOVE OR PLEAD, FILED 11/21/2017, IS GRANTED.  DEFENDANTS CARDINAL HEALTH, INC. AND MCKESSON CORPORATION ARE GRANTED LEAVE UNTIL ON OR BEFORE 1/15/2018 TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT.
MOTION FOR EXTENSION OF TIME FOR DEFENDANTS PERRY FINE, M.D., SCOTT FISHMAN, M.D. AND LYNN WEBSTER, M.D. TO RESPOND TO PLAINTIFF COUNTY OF CUYAHOGA'S COMPLAINT, FILED 11/27/2017, IS GRANTED.  DEFENDANTS PERRY FINE, M.D., SCOTT FISHMAN, M.D. AND LYNN WEBSTER, M.D. ARE GRANTED LEAVE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT UNTIL ON OR BEFORE 1/18/2018.

_Shannon M Gallagher_

Judge Signature          11/27/2017

11/27/2017