# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>    *The County of Summit, Ohio*, et al. *v.*<br>    *Purdue Pharma L.P.*, et al.,<br>    Case No. 18-op-45090<br><br>    *The County of Cuyahoga, Ohio*, et al. *v.*<br>    *Purdue Pharma L.P.*, et al.,<br>    Case No. 17-op-45004<br><br>    *City of Cleveland, Ohio*, et al. *v.*<br>    *AmerisourceBergen Drug Corp.*, et al.,<br>    Case No. 18-op-45132 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## CVS HEALTH CORPORATION'S MOTION TO DISMISS
## THE AMENDED COMPLAINTS FOR LACK OF PERSONAL JURISDICTION

Defendant CVS Health Corporation, pursuant to the Court's April 11, 2018 Case Management Order One, moves to dismiss the Second Amended Complaint and Jury Demand filed by the County of Summit, Ohio, *et al.* on May 18, 2018; the Second Amended Complaint filed by the County of Cuyahoga, Ohio, *et al.* on May 18, 2018; and the Second Amended Complaint filed by the City of Cleveland, Ohio, *et al.* on May 18, 2018, for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).  A memorandum in support of this motion is attached.

Date: May 25, 2018

Respectfully submitted,

/s/ *Eric R. Delinsky*_____

Eric R. Delinsky
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com

*Counsel for CVS Health Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

<u>/s/ *Eric R. Delinsky*</u>
Eric R. Delinsky