## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | **Case No. 1:17-MD-2804** |
| **THIS DOCUMENT RELATES TO:** | |
| *County of Cuyahoga, et al. v.* | **Judge Dan A. Polster** |
| *Purdue Pharma L.P., et al.* | |
| *Case No. 1:17-op-45004* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott D. Livingston of Marcus & Shapira LLP hereby enters his appearance as counsel of record for Defendant HBC Service Company in the above-captioned action.

Dated:  July 20, 2018

Respectfully submitted,

*/s/ Scott D. Livingston*
Scott D. Livingston (PA ID #60649)
Marcus & Shapira LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
(412) 471-3490
livingston@marcus-shapira.com

*Counsel for HBC Service Company*

A1284994.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2018, a copy of the foregoing **Notice of Appearance** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Scott D. Livingston*
Scott D. Livingston

A1284994.1